✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**WATKINS RICHARDSON**

Crim. No.   4:94-CR-00015-004 (CDL)

On July 26, 2022, the supervised release period of 5 years commenced. Watkins Richardson has complied with the rules and regulations of supervised release, he has met the criteria for early termination in accordance with the Chief U.S. Probation Officer's exception to the national probation policy as outlined in the Guide to Judicial Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and he is no longer in need of supervision. Accordingly, it is recommended Watkins Richardson be discharged from supervision.

Respectfully submitted,

Stephen L. Parker, Jr.
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   11th   day of   April   , 2024.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA